UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SONG MAI,

      Petitioner,

    v.

BRIAN ENGLISH,

      Respondent.

CAUSE NO. 3:26cv171 DRL-SJF

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Song Mai from custody on the same conditions of supervised release that existed before his re-detention. ECF 11. Respondent reports that the petitioner has since been released. ECF 13.

The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

July 6, 2026

                                 *s/ Damon R. Leichty*
                                 Judge, United States District Court